UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JUSTIN LASTER,

    Plaintiff,

v.                              CASE NO. 8:12-CV-2685-T-17MAP

DOLLAR GENERAL
CORPORATION,

    Defendant.

_____/

ORDER

This cause is before the Court on:

Dkt. 55    Report and Recommendation
Dkt. 56    Objections

A Report and Recommendation (Dkt. 55) has been entered as to Plaintiff's construed Motion to Proceed IFP on appeal (Dkt. 54). The assigned Magistrate Judge recommends that Plaintiff's Motion to Proceed IFP on appeal be denied.

Plaintiff's Objections are generalized objections to the Court's prior rulings; Plaintiff asserts that the Court made errors of law and is biased. As such, Plaintiff's Objections are not proper objections to the Report and Recommendation. After consideration, the Court overrules Plaintiff's Objects. The Report and Recommendation will be adopted and incorporated herein. Accordingly, it is

**ORDERED** that Plaintiff's Objections are **overruled**, and the Report and Recommendation is **adopted and incorporated**. Plaintiff's construed Motion to Proceed IFP on appeal is **denied.**

Case No. 8:12-CV-2685-T-17MAP

      **DONE and ORDERED** in Chambers, in Tampa, Florida on this 1st day of April, 2014.

*[signature]*
ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record